Case 2:09-cr-00184-DRD Document 17 Filed 08/20/12 Page 1 of 2 PageID: 48

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Walter Childs                    Cr.: 09-CR-001841-01
                                                   PACTS #: 53816

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, Senior U.S. District Judge

Date of Original Sentence: 08/17/09

Original Offense: False Statements to Department of Labor

Original Sentence: 3 years of Probation, 6 months location monitoring, DNA, Financial Disclosure, No New Debt and $180,801 in restitution

Type of Supervision: Prob                          Date Supervision Commenced: 08/18/09

## STATUS REPORT

U.S. Probation Officer Action:

On August 17, 2009, the offender began his 36 month term of probation. The offender was transferred to our low intensity caseload on February 23, 2011.

Mr. Childs currently resides in Jackson, New Jersey. The offender is currently unemployed. While there was no set monthly payment, a financial investigation revealed that the offender was only able to afford $25 a month. We believe that Mr. Childs has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $1,375 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Childs's term of supervision to expire as scheduled on August 16, 2012.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer
Date: August 10, 2012

PROB 12A - Page 2
Walter Childs

[✗] Concur with the U.S. Probation's recommendation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

August 17, 2012
_____
Date